

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-20-2005

# USA v. Guzman

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-3068

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Guzman" (2005). *2005 Decisions.* Paper 1151.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1151

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-3068

_____

UNITED STATES OF AMERICA

v.

ROBINSON GUZMAN,

Appellant

_____

SUR PETITION FOR REHEARING

_____


Present: ALITO, BARRY, and FUENTES, <u>Circuit Judges</u>


The petition for panel rehearing filed by Appellee in the above entitled case having

been submitted to the judges who participated in the decision of this court, the petition for

panel rehearing is granted.

By the Court,


<u>/s/ Samuel A. Alito, Jr.</u>
Circuit Judge

DATED: May 20, 2005
CLW/cc: Carlos Perez-Olivo, Esq.
      Caroline A. Sadlowski, Esq.
      Gail Zweig, Esq.
      George S. Leone, Esq.